AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:      1:05CR00319-002                                    Judgment - Page 2 of 6
DEFENDANT:        KAR YIN LEUNG

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>78 MONTHS</u>

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 3 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

[✔]   The court makes the following recommendations to the Bureau of Prisons:
      FDC Honolulu.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  04-20-07  to  FDC Honolulu
at  Honolulu HI  , with a certified copy of this judgment.

                                    John T. Rothman
                            WARDEN   UNITED STATES MARSHAL

                        By  W. Tsai
                            LIE   Deputy U.S. Marshal