# MINUTES

CASE NUMBER:     CR05-00319DAE

CASE NAME:       USA v. (02) Kar Yin Leung

ATTYS FOR PLA:   Beverly Sameshima

ATTYS FOR DEFT:

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 9/11/2008 | TIME: | 10:48-10:58am |

COURT ACTION:  EP: Status Conference as to defendant 02 - defendant not present.

Peter Wolff present.

Discussion held.

Court will PROVISIONALLY appoint a CJA panel attorney for defendant 02.  Defendant shall submit a Financial Affidavit upon his appearance at court.

Submitted by: Shari Afuso, Courtroom Manager